UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-81771-CIV-MARRA

DAVID POSCHMANN

      Plaintiff,

v.

LD RESTAURANT, INC. and
JBP REALTY, INC.

      Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Conditional Stipulation of Dismissal With Prejudice **[DE 12]**, filed on April 11, 2016.  The Court has carefully reviewed the Stipulation and the record herein and is otherwise fully advised in the premises.  Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.  Each party shall bear its own fees and costs other than those specified in the parties' Settlement Agreement.  The Clerk of this Court shall **CLOSE** this Case.  All pending motions are **DENIED AS MOOT**.  Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), because the parties' Stipulation was conditioned upon the entry of an order retaining jurisdiction, the Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 12th day of April, 2016.

_____
KENNETH A. MARRA
United States District Judge